■ STATE OF NEW YORK, Appellant, v FRED SPRINGER et al., Doing Business as PROMENADE NURSING HOME, et al., Respondents.—In an action to (1) enjoin defendants from operating a certain nursing home without the approval of the public health council and (2) require the New York State Department of Health to transfer residents of that nursing home to licensed facilities, the appeal is from an order of the Supreme Court, Queens County, dated June 1, 1976, which granted defendants' motions to dismiss the amended complaint. Order affirmed, with bills of $50 costs and disbursements to respondents appearing separately and filing separate briefs, upon the opinion of Mr. Justice Giaccio at Special Term. Latham, Acting P. J., Margett, Suozzi and Mollen, JJ., concur.

■ CHARLES J. SULLIVAN, JR., Appellant, v CHARLES WHITEHEAD, Respondent.—In a negligence action to recover damages for personal injuries, plaintiff appeals from a judgment of the Supreme Court, Suffolk County, entered August 23, 1976, which is in favor of defendant, upon a jury verdict. Judgment affirmed, without costs or disbursements. In the light of all of the facts and circumstances, the Trial Justice's charge to the jury was proper in all respects. Latham, Acting P. J., Margett, Suozzi and Mollen, JJ., concur.